# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GUZMAN,<br>Plaintiff,<br>v.<br>RODRIGUEZ, *et al.*,<br>Defendants. | Case No. 1:25-cv-00902-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT-OUT AND REQUEST TO VACATE SETTLEMENT CONFERENCE (ECF No. 24)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING SEPTEMBER 11, 2026 SETTLEMENT CONFERENCE (ECF No. 23)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Jeremy Guzman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Anthony Hales for deliberate indifference to serious medical need in violation of the Eighth Amendment and against Defendants Gunner[1] and R. Rodriguez for deliberate indifference to safety in violation of the Eighth Amendment.

On June 16, 2026, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 23.) The Court's order granted Defendants time to investigate and determine whether to opt out of the

[1] Per Defendants' answer, Defendant Gunter was erroneously sued as Defendant Gunner. (ECF No. 21.)

post-screening ADR project.

On July 27, 2026, Defendants filed a notice of opt-out and request to vacate the settlement conference. (ECF No. 24.) After investigating Plaintiff's claims and speaking with Plaintiff, and after conferring with others, defense counsel determined that a settlement conference would be a waste of resources. Defendants therefore request to opt out of the early settlement conference and also request that the settlement conference be vacated. (*Id.*) Therefore, the stay is lifted, and the September 11, 2026 settlement conference is vacated. This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt-out and request to vacate settlement conference, (ECF No. 24), is GRANTED;
2. The stay of this action, (ECF No. 23), is LIFTED;
3. The September 11, 2026 settlement conference is VACATED;
4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and
5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE