IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY GUZMAN,**<br>Plaintiff,<br>**v.**<br>**HALES, et al.,**<br>Defendants. | Case No. 1:25-cv-00902-BAM<br>**ORDER GRANTING DEFENDANTS' FIRST NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELEIF TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION AND INTERROGATORIES TO DEFENDANT GUNTER, SET ONE** |

Defendants Gunter, Hales, and Rodriguez move this Court to extend the time for Defendants to respond to Plaintiff's Request for Production of Documents and Defendant Gunter's responses to Plaintiff's Interrogatories, Set One, until November 27, 2026. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

The deadline for Defendants' response to Plaintiff's Request for Production of Documents and Defendant Gunter's responses to Plaintiff's Interrogatories is extended to November 27, 2026.

IT IS SO ORDERED.

Dated: **October 28, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE